UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA BUSTAMANTE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARRIOTT HOTEL SERVICES, INC.,<br><br>    Defendant. | Case No. 22-cv-08929-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 10 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Laurel Beeler for consideration of whether the case is related to *Yamido v. Courtyard Mgmt. Corp.*, No. 22-cv-7023-LB (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: February 1, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge